UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Charles Poole, | Case No. 4:14-cv-00711-BP |
| Plaintiff, | |
| v. | |
| NCO Financial Systems, Inc. | |
| Defendant. | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Charles Poole, pro se, hereby stipulates to dismiss this action, with prejudice, each party to bear their own fees and costs.

Dated: 12/29/14

Respectfully Submitted,

*Charles Poole*
Charles Poole
2104 Montgall Ave.
Kansas City, Missouri 64127

Respectfully Submitted,


/s/ Paul Croker
Paul M. Croker KS #21627
pcroker@wallacesaunders.com
WALLACE SAUNDERS
10111 W. 87th Street
Overland Park, KS 66212
Telephone: (913) 752-5567
Facsimile: (913) 888-1065

Attorney for Defendant,
NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

A true copy of the foregoing was sent via ordinary U.S. Mail, postage prepaid this 29 day of Dec, 2014 to:

Paul M. Croker
Wallace, Saunders, Austin, Brown & Enochs, Chartered
10111 W. 87th Street
Overland Park, KS 66212

*Charles Poole*
Charles Poole